# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DR. JAMES STENHOUSE

VERSUS

LOUISIANA WOMEN'S HEALTHCARE ASSOCIATES,
L.L.C., ET AL.

NO. 2025 CW 0701

CONSOLIDATED WITH

DR. JAMES STENHOUSE

VERSUS

KIM SANGARI AND RICK CAPDEVIELLE, ET AL

**OCTOBER 23, 2025**

---

In Re: Louisiana Women's Healthcare Associates, L.L.C., Kim Sangari, Rick Capdevielle, Dr. Frank W. Breaux, and Dr. Michael Perniciaro, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 715940 c/w 716906.

---

**BEFORE: THERIOT, PENZATO, AND BALFOUR, JJ.**

**WRIT NOT CONSIDERED.** Relators failed to provide documentation that this writ application was timely filed under Rules 4-2, 4-3, and 4-5, Uniform Rules of Louisiana Courts of Appeal and La. Code Civ. P. art. 1914(A) and (B). On May 14, 2025, the minutes reflect an oral ruling was made in open court and on June 11, 2025, a written judgment was signed. There is no evidence a written judgment was ordered by the trial court or that a written request for judgment was filed within 10 days of the ruling in open court, and the notice of intent was filed on June 27, 2025. Furthermore, this writ application failed to comply with Rule 4-5(C)(9) of the Uniform Rules of Louisiana Courts of Appeal, as it failed to include plaintiff's opposition, and attachments thereto. This court also requires a copy of the transcript of the May 14, 2025 hearing.

Supplementation of this writ application and/or an application for rehearing will not be considered. Rules 2-18.7 and 4-9, Uniform Rules of Louisiana Courts of Appeal.

In the event relators seek to file a new application with this court, it must contain all pertinent documentation including documentation to show the original writ application was timely, and must comply with Rule 2-12.2, Uniform Rules of Louisiana Courts of Appeal. Any new application must be filed on or before November 24, 2025, and must contain a copy of this ruling.

MRT
AHP
KEB

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT